**Affidavit in Support of Criminal Complaint**
**For Marcos JUAREZ-MORENTE aka Julio Martinez-Castro**

Your Affiant, Special Agent Madeline Fitzmorris, Homeland Security Investigations

(HSI), being duly sworn, deposes and says:

1.        I am a Special Agent (SA) with the U.S. Department of Homeland Security (DHS),

U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I

have been so employed since March 2022 and I am presently assigned to the Office of the Assistant

Special Agent in Charge, Louisville, Kentucky.  My duties include the investigation of various

violations of federal criminal laws. I have attended the Federal Law Enforcement Training Center

(FLETC) where training was conducted pertaining to these types of investigations. Prior to my

experience at FLETC, I graduated from the University of Arizona, where I received a Bachelor of

Science degree in Criminal Justice Studies.

2.        I am a law enforcement officer of the United States within the meaning of Section

115(c)(1) of Title 18, United States Code, and empowered by law to conduct investigations and to

make arrests for offenses enumerated in Title 8, United States Code 1326.

3.        This affidavit is based upon my personal knowledge and upon information reported

to me by federal and local law enforcement officers and others with knowledge of the case. Unless

specifically indicated otherwise, all conversations and statements described in the affidavit are

related in substance and in part only.

4.        On March 13, 2025, I was informed by Immigration and Customs Enforcement

(ICE), Enforcement and Removal Operations (ERO) that they encountered and administratively

arrested Marcos JUAREZ-MORENTE in Jefferson County, Kentucky.

5.        I reviewed Department of Homeland Security (DHS) immigration databases, which

confirmed JUAREZ-MORENTE was a Guatemalan citizen previously removed from the United

1

States. JUAREZ-MORENTE, using the alias Julio Martinez-Castro, was assigned alien registration number 099 516 414 in 2005, and his biometric data was a positive match for the following immigration history:

On December 30, 2005, JUAREZ-MORENTE was arrested by U.S. Border Patrol (USBP) agents for illegal entry near Eagle Pass, Texas.  At the time of his encounter, JUAREZ-MORENTE was not in possession of any identification documents and gave a sworn statement that his name was Julio Martinez-Castro. JUAREZ-MORENTE was issued an Order of Expedited Removal using his assigned alien registration number 099 516 414 in the name of Julio Martinez-Castro. On January 20, 2006, JUAREZ-MORENTE was removed to Guatemala.

On May 4, 2006, JUAREZ-MORENTE was arrested by U.S. Border Patrol (USBP) agents for illegal entry near Sasabe, Arizona. On May 5, 2006, JUAREZ-MORENTE was issued an Order of Expedited Removal using his assigned alien registration number 099 516 414 in the name of Julio Martinez-Castro. On May 19, 2006, JUAREZ-MORENTE was removed to Guatemala.

6.      DHS databases checks confirm JUAREZ-MORENTE was a positive match for the following criminal history:

On October 11, 2024, JUAREZ-MORENTE, using the alias of Marcos Morente, was arrested by Middletown Police Department for Operating a Motor Vehicle Under the Influence of Alcohol, Driving Without a License and Reckless Driving. On January 22, 2025, JUAREZ-MORENTE was convicted of Operating a Motor Vehicle Under the Influence of Alcohol.

JUAREZ-MORENTE's rap sheet indicates he has used the following aliases when encountered in the United States:

MARTINEZ-CASTRO, JULIO
GOMEZ-MARTINEZ, DANIEL  (AKA)
JUAREZ-MORENTE, MARCOS  (AKA)
MARTINEZ CASTRO, JULIO  (AKA)
MORENTE, MARCOS  (AKA).

7.    A review of electronic immigration records show JUAREZ-MORENTE has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to re-enter the United States following his previous removals and he is currently present in the United States without admission or parole after being previously removed.

8.    Based on the above information, your affiant believes that JUAREZ-MORENTE is an alien who has been found in the United States in Jefferson County in the Western District of KY, in violation of Title 8 of the United States Code, Sec. 1326(a) to wit: unlawful re-entry of an alien previously removed or deported from the United States.

_/s/_ Madeline Fitzmorris
Madeline Fitzmorris
Special Agent
Homeland Security Investigations
Louisville, Kentucky

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonic and email submission on this the 13th day of March 2025.

_____
Regina S. Edwards
United States Magistrate Judge

3